IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TYRITA THOMAS,<br><br>    *Plaintiff*,<br><br>v.<br><br>WASHINGTON GAS LIGHT COMPANY,<br><br>  and<br><br>TEMPORARY SOLUTIONS, INC.<br><br>    *Defendants.* | Case No.: 1:24-cv-00156 |

## NOTICE OF APPEARANCE OF JUSTIN F. FERRARO

Notice is hereby given that Justin F. Ferraro of the law firm Arnall Golden Gregory LLP hereby enters his appearance as counsel for Defendant Temporary Solutions, Inc. in the above-captioned matter, and respectfully requests that all future court notices, pleadings, discovery, and orders in this case be served upon him at the address set out below.

Dated:  May 17, 2024

Respectfully submitted,

ARNALL GOLDEN GREGORY LLP

*/s/ Justin Ferraro*
Justin Ferraro
Virginia Bar No. 92226
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20006
Phone: 202.677.4967
justin.ferraro@agg.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2024, I filed the foregoing Notice of Appearance using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

Dated:  May 17, 2024	Respectfully submitted,

ARNALL GOLDEN GREGORY LLP

*/s/ Justin Ferraro*
Justin Ferraro
Virginia Bar No. 92226
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20006
Phone: 202.677.4967
justin.ferraro@agg.com