IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TYRITA THOMAS,<br><br>    *Plaintiff*,<br>v.<br><br>WASHINGTON GAS LIGHT COMPANY,<br><br>  and<br><br>TEMPORARY SOLUTIONS, INC.<br><br>    *Defendants*. | Case No.: 1:24-cv-00156 |

## **CONSENT MOTION**

Plaintiff Tyrita Thomas ("Plaintiff" or "Ms. Thomas") filed the Complaint in this action on January 30, 2024. (ECF No. 1.) Defendants Washington Gas Light Company ("Washington Gas") and Temporary Solutions, Inc. ("Temporary Solutions," and with Washington Gas referred to as "Defendants") executed waivers of service dated April 26, 2024, and May 1, 2024, respectively.

On April 23, 2024, Defendants and counsel for Ms. Thomas participated in a mediation before Judge John F. Anderson in a related matter, *Young v. Washington Gas Light Co. & Temporary Solutions, Inc.*, Case No. 1:23-cv-00445. In this regard, Ms. Thomas' allegations are substantially similar to the allegations presented by Ms. Young in Case No. 1:23-cv-00445, as each case involves substantially the same facts in dispute, witnesses, and issues of law. Accordingly, in connection with the recent mediation of the *Young* case before Judge Anderson, the parties in this case agreed to, and hereby request, that the Court:

1. Stay all deadlines, including, without limitation, for Defendants to file responsive pleadings, to permit Ms. Thomas and Defendants to mediate their dispute, with such

1

stay to be in effect until thirty (30) days following the scheduling of any mediation; and

2. Refer this case to Judge Anderson for mediation given his familiarity with the relevant facts, parties, and witnesses from his successful mediation of the *Young* matter.

A proposed order is attached.

Respectfully submitted this 17th day of May, 2024.

/s/ Justin Ferraro
Justin F. Ferraro (VSB No. 92226)
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Phone: 202.677.4967
justin.ferraro@agg.com

*Counsel for Defendant Temporary Solutions, Inc.*

/s/ Monique A. Miles
Monique A. Miles
Virginia State Bar No. 78828
OLD TOWNE ASSOCIATES, P.C.
1500 Woodbine Street
Alexandria, VA 22302
Telephone: 703.519.6810
mmiles@oldtowneassociates.com

*Counsel for Plaintiff Tyrita Thomas*

/s/ Grant E. Mulkey
Grant E. Mulkey
Virginia State Bar No. 82452
STINSON LLP
1201 Walnut Street
Suite 2900
Kansas City, MO 64106
Telephone: 816.691.3203
Fax: 816.412.8124
grant.mulkey@stinson.com

*Counsel for Defendant Washington Gas Light Company*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2024, I filed the foregoing Consent Motion using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

Dated: May 17, 2024.   By:   */s/ Justin Ferraro*
                                                     Justin F. Ferraro
                                                     Virginia State Bar No. 92226
                                                     ARNALL GOLDEN GREGORY LLP
                                                     2100 Pennsylvania Avenue, NW
                                                     Suite 350S
                                                     Washington, DC 20037
                                                     Telephone: 202.677.4967
                                                     Fax: 202.677.4031
                                                     justin.ferraro@agg.com