## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

**TYRITA THOMAS,**

       **Plaintiff**

**v.**                             **Civil Case No. 1:24-cv-00156-LMB- IDD**

**WASHINGTON GAS LIGHT**
**COMPANY, ET AL.**

       **Defendants**

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff Tyrita Thomas through undersigned counsel hereby dismisses the above-captioned matter with prejudice. Defendants Washington Gas Light Company ("Washington Gas") and Temporary Solutions, Inc. ("Temporary Solutions"), by and through their attorneys, have signed this stipulation of dismissal.

DATED: August 20, 2024

                              Respectfully submitted,

                              */s/Monique A. Miles*
                              Monique A. Miles
                              Virginia State Bar No. 78828
                              Old Towne Associates, P.C.
                              1500 Woodbine Street
                              Alexandria, VA 22302
                              Telephone: 703.519.6810
                              mmiles@oldtowneassociates.com

                              AJ Dhali
                              *Admitted Pro Hac Vice*

1

Dhali P.C.
1629 K Street, NW
Suite 300
Washington, DC 20006
Telephone: 202.556.1285
ajdhali@dhalilaw.com

*Counsel for Plaintiff Deirdre Young*

**STINSON LLP**

By: */s/Grant E. Mulkey*
Grant E. Mulkey
Virginia State Bar No. 82452
1201 Walnut Street
Suite 2900
Kansas City, MO 64106
Telephone: 816.691.3203
Fax: 816.412.8124
grant.mulkey@stinson.com

*Counsel for Defendant Washington Gas
Light Company*

**ARNALL GOLDEN GREGORY LLP**

By: */s/Justin F. Ferraro*
Justin F. Ferraro
Virginia State Bar No. 92226
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4967
Fax: 202.677.4031
justin.ferraro@agg.com

Henry Perlowski
*Admitted Pro Hac Vice*
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Telephone: 404.873.8684
henry.perlowski@agg.com

Lindsey Locke

*Admitted Pro Hac Vice*
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Telephone: 404.873.8712
lindsey.locke@agg.com

*Counsel for Defendant Temporary Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2024, I filed the foregoing Stipulation of Dismissal with Prejudice using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

**STINSON LLP**

Grant E. Mulkey
Virginia State Bar No. 82452
1201 Walnut Street
Suite 2900
Kansas City, MO 64106
Telephone: 816.691.3203
Fax: 816.412.8124
grant.mulkey@stinson.com

*Counsel for Defendant Washington Gas Light Company*

**ARNALL GOLDEN GREGORY LLP**

Justin F. Ferraro
Virginia State Bar No. 92226
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4967
Fax: 202.677.4031
justin.ferraro@agg.com

Henry Perlowski
*Admitted Pro Hac Vice*
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Telephone: 404.873.8684
henry.perlowski@agg.com

Lindsey Locke
*Admitted Pro Hac Vice*
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Telephone: 404.873.8712
lindsey.locke@agg.com

4

*Counsel for Defendant Temporary Solutions, Inc.*

/s/Monique A. Miles