UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

TYRITA THOMAS,

        Plaintiff

v.                                   Civil Case No. 1:24-cv-00156-LMB- IDD

WASHINGTON GAS LIGHT
COMPANY, ET AL.

        Defendants

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff Tyrita Thomas through undersigned counsel hereby dismisses the above-captioned matter with prejudice. Defendants Washington Gas Light Company ("Washington Gas") and Temporary Solutions, Inc. ("Temporary Solutions"), by and through their attorneys, have signed this stipulation of dismissal.

DATED: August 20, 2024

                                   Respectfully submitted,

                                   */s/Monique A. Miles*
                                   Monique A. Miles
                                   Virginia State Bar No. 78828
                                   Old Towne Associates, P.C.
                                   1500 Woodbine Street
                                   Alexandria, VA 22302
                                   Telephone: 703.519.6810
                                   mmiles@oldtowneassociates.com

                                   AJ Dhali
                                   *Admitted Pro Hac Vice*

So Ordered

/s/

Leonie M. Brinkema
United States District Judge  8/20/24

Dhali P.C.
1629 K Street, NW
Suite 300
Washington, DC 20006
Telephone: 202.556.1285
ajdhali@dhalilaw.com

*Counsel for Plaintiff Deirdre Young*


**STINSON LLP**

By: */s/Grant E. Mulkey*
Grant E. Mulkey
Virginia State Bar No. 82452
1201 Walnut Street
Suite 2900
Kansas City, MO 64106
Telephone: 816.691.3203
Fax: 816.412.8124
grant.mulkey@stinson.com

*Counsel for Defendant Washington Gas
Light Company*


**ARNALL GOLDEN GREGORY LLP**

By: */s/Justin F. Ferraro*
Justin F. Ferraro
Virginia State Bar No. 92226
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4967
Fax: 202.677.4031
justin.ferraro@agg.com

Henry Perlowski
*Admitted Pro Hac Vice*
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Telephone: 404.873.8684
henry.perlowski@agg.com

Lindsey Locke

2

*Admitted Pro Hac Vice*
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Telephone: 404.873.8712
lindsey.locke@agg.com

*Counsel for Defendant Temporary Solutions, Inc.*

3