IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TYRITA THOMAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON GAS LIGHT )<br>COMPANY, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:24cv0156 (LMB/IDD) |

## ORDER

The parties having filed a stipulation of dismissal (Docket no. 12), the status conference scheduled for Friday, August 23, 2024, is cancelled.

Entered this 20th day of August, 2024.

                                                                                   /s/
                                                      John F. Anderson
                                                      United States Magistrate Judge

Alexandria, Virginia